IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAMAL OMAR NAJM, §
§
Petitioner, §
§
v. § 2:08-CV-0058
§
IMMIGRATION AND CUSTOMS §
ENFORCEMENT, §
§
Respondent. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
### and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the federal habeas corpus application filed by petitioner JAMAL OMAR NAJM. On July 2, 2008, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed without prejudice. On July 11, 2008, the copy of the Report and Recommendation sent to petitioner at the Randall County Jail was returned to this Court with the notation, "Return to Sender – No Longer Here." No objections to the Report and Recommendation have been filed as of this date.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED and the petition for a writ of habeas corpus is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

ENTERED this _28th_ day of _July_ 2008.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE